UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON M. HAWKINS,

    Plaintiff,

v.

SUNRISE CREDIT SERVICES, INC.,

    Defendant.
_____/

Case No. 1:21-cv-503

HON. JANET T. NEFF

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiff served a summons and complaint on Defendant on July 9, 2021 (ECF No. 4) and Defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that Plaintiff has failed to move for an entry of default against Defendant. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff shall, not later than **August 30, 2021**, move for an entry of default against Defendant or show cause in writing why the Court should not dismiss the case for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated: August 16, 2021

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge