UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON M. HAWKINS,

    Plaintiff,

v.

SUNRISE CREDIT SERVICES, INC.,

    Defendant.

_____/

Case No. 1:21-cv-503

HON. JANET T. NEFF

## ORDER

This Court having been informed through the filing of the Notice of Settlement (ECF No. 6) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than October 15, 2021.

Dated: August 17, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge